# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142584 & (27)(28)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NANCY ANN ZIOMEK,
      Defendant-Appellant.

SC: 142584
COA: 301022
Wayne CC: 09-028421-FH

_____/

On order of the Court, the motion to file miscellaneous court records is GRANTED. With regard to the motion to file the letter, we direct the Clerk to remove the letter from the file and return it to the defendant, see MCR 9.126(A). The motion to file the letter is DENIED as moot. The application for leave to appeal the December 20, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

                  Clerk

y0516